**Order entered August 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00246-CV

**DAVID B. MCKINNON, NORTH PONDERSOA, LLC, BARBARA MARSHALL, LP, WILLIAM H. GIBSON, D. SCOTT MCKINNON, BARBARA F. MARSHALL, MARCIA STALLINGS AND DONALD CARDWELL, Appellants**

**V.**

**BILL GURLEY AND STANLEY WRIGHT, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-13561**

## ORDER

Before the Court is appellant Donald Cardwell's July 31, 2017 motion for extension of time to file an appellant's brief. Appellant's motion is **GRANTED**. Mr. Cardwell's brief shall be filed on or before **August 30, 2017**.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE